**James Lee JACK, Plaintiff–Appellant,**

v.

**Officer WOJCIK; Ron S. Christofano, Internal Affairs; Charlie T. Deane, Chief of Police, Defendants–Appellees.**

No. 02–6051.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

James L. Jack, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James L. Jack appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jack v. Wojcik*, No. CA–00–674–3 (E.D.Va. Dec. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*